# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.: 3:11CR114 |
| v. | : | Judge Thomas M. Rose |
| ALLEN YUN JOHNSON, | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE
## OF DEFENDANT ALLEN YUN JOHNSON'S ASSETS

WHEREAS, on October 20, 2011, this Court entered a Preliminary Order of Forfeiture,

(Doc. 27) ordering the forfeiture, pursuant to 18 U.S.C. § 2253(a) of the following property:

      a.      One Shuttle Computer, Serial Number N85G40517D0096;

WHEREAS, the United States published notice of this forfeiture action and the intent of

the United States to dispose of the property in accordance with law, and further notified all

parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged

interest in the property, beginning on January 14, 2012 and continuing for at least thirty (30)

consecutive days, on the www.forfeiture.gov website (Doc. 35); and

WHEREAS, the United States did not send direct written notice of the Preliminary Order

of Forfeiture because there was no person who reasonably appeared to be a potential claimant

with standing to contest the forfeiture of the property in an ancillary proceeding; and

WHEREAS, no timely petition has been filed to the property listed above; and

WHEREAS, the Court finds that defendant had an interest in the property; the United

States has established the requisite nexus between the property and the offense; and the United

States has established that the property is subject to forfeiture pursuant to 18 U.S.C. § 2253(a);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

the Preliminary Order of Forfeiture entered in this action on October 20, 2011 (Doc. 27),

ordering the forfeiture, pursuant to 18 U.S.C. § 2253(a), of the following property:

      a.     One Shuttle Computer, Serial Number N85G40517D0096

is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and

interest to the property described above is hereby condemned, forfeited and vested in the United

States of America and the United States has clear title to the property described above; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian of the

property is hereby authorized to dispose of the property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States

District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of

Forfeiture.

SO ORDERED:

Dated: June 13, 2012

THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE